# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **DOREA M. ELMADIH** | **CASE NO.:  3:16-CV-1601** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **PRIMARY HEALTH SERVICES CENTER** | **MAG. JUDGE KAREN L. HAYES** |

# JUDGMENT

Upon consideration,

**IT IS ORDERED** that the Joint Motion to Dismiss with Prejudice [Doc. No. 48] is

**GRANTED**, and this matter is **DISMISSED WITH PREJUDICE,** each party to bear its own

court costs and attorney fees.

**MONROE, LOUISIANA,** this 11th day of May, 2018.


_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE